**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                                                           6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**                                                         GREENBELT, MARYLAND 20770
                                                                                                                                                                                                                                                                  301-344-0052

# M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *United States of America v. Joshua P. Blankenship*
                 Criminal No. RWT-11-461

DATE:     January 6, 2012

\* \* \* \* \* \* \* \* \*

       Due to a change in the Court's calendar, the telephone status conference currently scheduled on January 11, 2012 at 8:45 a.m. is **RESCHEDULED for January 11, 2012 at 9:30 a.m.**

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                              /s/
                                      Roger W. Titus
                                      United States District Judge